

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00058-CV
_____

BRITTON ELKINS, APPELLANT

V.

BEACON SALES ACQUISITION, INC., APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-007293-1, Honorable Don Pierson, Presiding

April 20, 2023

## ORDER OF ABATEMENT

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Britton Elkins, appeals from the trial court's *Final Default Judgment*.[1]

On April 13, 2023, Appellee, Beacon Sales Acquisition, Inc., filed a suggestion of

bankruptcy, notifying the Court that Elkins filed a bankruptcy petition in the United States

_____

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Bankruptcy Court for the Southern District of Texas on January 20. *See* TEX. R. APP. P. 8.1. The bankruptcy proceeding is styled *In re Britton Gill Elkins*, case number 23-30199.

Pursuant to Rule of Appellate Procedure 8.2, we abate the appeal and suspend all appellate deadlines, including Appellant's current briefing deadline, until further order of this Court. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* TEX. R. APP. P. 8.3. The parties shall promptly inform this Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam